IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ZANNIE JAY LOTHARP,                )
                                   )
            Petitioner,            )
                                   )
      v.                           )      1:20CV6
                                   )      1:19CV448-1
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner awaiting trial on criminal charges in this Court submitted what purports to be a habeas corpus petition under 28 U.S.C. § 2241, together with an application to proceed *in forma pauperis*. For the following reasons, the Petition cannot be further processed.

1. The filing fee was not received, nor was a proper affidavit to proceed *in forma pauperis* submitted and signed by Petitioner. Petitioner submitted an *in forma pauperis* application, but did not use the proper forms for filing in this Court or provide all of the information necessary for the Court to evaluate his request. The Clerk will provide him with the proper forms.

2. Petitioner does not set out proper claims for relief. Petitioner appears to challenge his ongoing criminal prosecution in this Court. Petitioner should raise any such challenges in that case through counsel rather than attempting to file a separate action. Further, Petitioner cites various statutes and constitutional provisions, but does not explain how they apply to his case. He also cites a great deal of commercial law, which is not relevant to his case.

Because of these pleading failures, the Petition will be filed and then dismissed, without prejudice to Petitioner filing a new petition on the proper habeas corpus forms with

the $5.00 filing fee, or a completed application to proceed *in forma pauperis*, and otherwise correcting the defects noted. To further aid Petitioner, the Clerk is instructed to send Petitioner a new application to proceed *in forma pauperis*, new § 2241 forms, and instructions for filing a § 2241 petition, which Petitioner should follow if he can state any proper claim for relief.

*In forma pauperis* status will be granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition which corrects the defects of the present Petition.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Petitioner § 2241 forms, instructions, and a current application to proceed *in forma pauperis*.

IT IS RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition. The new petition must be accompanied by either the five dollar filing fee or a current application to proceed *in forma pauperis*.

This, the 28th day of January, 2020.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**
